UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:17-cr-89 |
| | ) | JUDGES REEVES/GUYTON |
| JUSTIN KYLE PHELPS, | ) | |
| Defendant. | ) | |

## RESPONSE TO FIRST MOTION TO CONTINUE MOTION DEADLINE

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby responds to defendant Justin Phelps' First Motion to Continue Motion Deadline (Doc. 30)("Motion'). The defendant requests a 10-day extension of the deadline for the defendant to file pretrial motions. The United States does not oppose the Motion. If granted, the United States respectfully requests that the Court extend the United States' response deadline and reschedule the Pretrial Conference to a date after the United States' motion response deadline.

Respectfully submitted this 13th day of December, 2017.

                                      J. DOUGLAS OVERBEY
                                      UNITED STATES ATTORNEY

            By:    *s/ Matthew T. Morris*
                     Matthew T. Morris
                     Assistant United States Attorney

## CERTIFICATE OF SERVICE

   I hereby certify that on December 13, 2017, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                By:  *s/ Matthew T. Morris*
                   Matthew T. Morris
                   Assistant United States Attorney