To: Federal District Court Clerk
800 Market Street - Suite 130
Knoxville, Tennessee 37902

Justin Phelps 52192-074
Coleman USP #2   P.O. Box 1034
Coleman, Florida 33521-1034    10/29/19

FILED
2019 NOV -1 P 12: 55
U.S. DISTRICT COURT
EASTERN DIST. TN.
_____ DEPT. CLERK

Dear Clerk,

My assigned attorney, Russell Greene has not responded to my request that he provide me with papers, as regards my case, for appeal purposes & habeas Corpus purposes.

Would you ask my sentencing judge to Order Mr. Greene to comply with my request(s)?

Thank You.

> U.S. v. Justin K. Phelps  3:17-CR 89  E.D. of Tennessee
_____

Respectfully,

X Justin K. Phelps
Justin K. Phelps
52192-074

cc: files