# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **FILED** |
|---|---|
| Name (under which you were convicted): JUSTIN KYLE PHELPS | 2020 JAN 13 P 1:28 | Docket or Case No.: 3:17-CR-89 |
| Place of Confinement: USP COLEMAN II, COLEMAN, FL | U.S. DISTRICT | Prisoner No.: 52192-074 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) V. JUSTIN KYLE PHELPS |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   HOWARD H. BAKER JR. UNITED STATES COURTHOUSE
   800 MARKET ST, SUITE 130
   KOXVILLE, TN 37902

   (b) Criminal docket or case number (if you know): 3:17-CR-89

2. (a) Date of the judgment of conviction (if you know): unknown
   (b) Date of sentencing: 12-20-18

3. Length of sentence: 300 MONTHS

4. Nature of crime (all counts):
   Solicitation in violation of 18 U.S.C.S. §2422 (5 counts)
   Sexual Exploitation of a minor, 18 U.S.C.S §2251(a) (1 count)
   Atempted Solicitation in violation of §2422 (dropped)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty [X]    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only [X]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No [X]

8. Did you appeal from the judgment of conviction?    Yes ☐    No [X]

9. If you did appeal, answer the following:
   (a) Name of court:
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
       (2) Result:

       (3) Date of result (if you know):
       (4) Citation to the case (if you know):
       (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒   No ☐   On 12-5-2019 I filed Motion For Extension of Time & Request For Record. Court responded 12-16-1' Doc (70).

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

        (4) Nature of the proceeding:
        (5) Grounds raised:

Case 3:17-cr-00089-RLJ-JEM   Document 71   Filed 01/13/20   Page 2 of 12   PageID #: 593

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:







(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐
(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:


12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** PROVIDED INEFECTIVE COUNSEL VIOLATION SIXTH AMENDMENT FAILED TO SURRENDER CASE FILE,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Well prior to the deadline of my §2255 I submitted in writing to my appointed counsel several requests to get a copy of my entire case file. I never received any response from consel. It is not possible for me to complete a proper §2255 without being able to reference the case file. I have also notified the court of this fact. I requested an order from the court to compel ex-counsel to provide me this file.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

**GROUND TWO:** VIOLATION OF CONSTITUTIONAL RIGHT TO HAVE ACCESS TO ALL EVIDENCE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It is not possible to complete my §2255 without being able to reference the case files.
Seperately, trial counsel never presented criticle documents for my review prior to trial. This included any evidence of there being a valid search warrant. It has always appeared that the evidence produced in this case was illgoten and the fruit of a poisonous tree.
I was also never shown computer chat logs where the government possibly committed entrapment. This esculpatory evidence was necessary to show that the government knew I had no true intent to meet with a minor. The evidence would have also shown that I had actually blocked what I knew to be police from accessing my Facebook account. I knew that it was an adult harrassing me, and I met them to get them to cease their harrassment.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒ no appeal was taken

(2) If you did not raise this issue in your direct appeal, explain why: Because my consel never discussed with me grounds to appeal. I felt that there were legitimate grounds, but he never had time to discuss them.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** COUSEL WAS INEFFECTIVE FOR PUTTING IMPROPER PREASURE ON ME TO PLEAD GUILTY..

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The plea was not truely knowing and intelligent, nor was it based on reliable information concerning the probability or likelyness of a particular sentence. The range was 15 to life. Before trial I expressed to my attorney that I didn't want to plea, but at this point I was informed that the government in response would add 10 years to my sentence. There was an extraordinary amount of pressure to plea, and this was all applied at the last minute.

**(b) Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** FAILURE TO INVESTIGATE PETITIONER' COMPETENCY AND MENTAL HEALTH

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner effectively has the mind of a child. Mental immaturity was a major factor underlying Petitioner's actions. These facts were not adequately developed prior to trial. The federal governments physc evaluation was biased and fundamentally flawed. The defence physc evaluation was not used. Other documentation that could have been produced, and would have been exculpatory was ignorred. This esculpatory evidence would have included anti social tendencies, autism medical reports, the chat logs themselves, school conselor evaluations, interviews with family and friends ect.. This defense was important, and was not adequately pursued.

(b) **Direct Appeal of Ground Four:**
　　(1) If you appealed from the judgment of conviction, did you raise this issue?
　　　　Yes ☐　　No ☒
　　(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
　　(1) Did you raise this issue in any post-conviction motion, petition, or application?
　　　　Yes ☐　　No ☒
　　(2) If you answer to Question (c)(1) is "Yes," state:
　　**Type of motion or petition:** _____
　　**Name and location of the court where the motion or petition was filed:**

　　**Docket or case number (if you know):**
　　**Date of the court's decision:**
　　**Result (attach a copy of the court's opinion or order, if available):**

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    I have never presented any of these grounds to a federal court.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?　Yes ☐　No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    (b) At the arraignment and plea:

    (c) At the trial:

    (d) At sentencing:

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?　　Yes ☐　　No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　　Yes ☐　　No ☐
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?　　Yes ☐　　No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
      (1)  the date on which the judgment of conviction became final;
      (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___1-3-20___.
(month, date, year)

Executed (signed) on _Justin Phelps_ _1-3-20_ (date)

_Justin Phelps_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.