1)

Robert L. Shapiro  14a3523
Fishkill Correctional Facility
P.O. Box  1245
Beacon,  New York     12508
March 9th, 2020

Federal Judge Honorable Pamela L. Reeves
United States District Court
Eastern District of Tennessee
Knoxville Division
800 Market Street
Knoxville, Tennessee     37902

Re - U.S. v PHELPS     3 17-cr-89   (PLR)

Dear Judge Reeves,

My name is Robert Shapiro, and I am being held in a residential program in Fishkill Correctional Facility in upstate New York. My stay should be relatively short.... a botched parole detainer that is invalid.  My counselor, Ms. Lockwood tells me that my release is going to be very soon.
Thank you for reading this... I have something disturbing to tell you. A man who you sentenced to alot of time is actually an innocent man that I set up over revenge about a girl that he had TAKEN AWAY from mr. Tou may or may not remember him...... his case is run-of-the-mill but got blown out of proportion due to his STEALING my girlfriend from me. I violated many laws by telling federal agents and state ones too, many many many lies to get my sick revenge.  I am going to tell you upfront that I am dying slowly of colon cancer....terminal colon cancer that I am receiving chemotheraphy and radiation for.

The innocent man in question is Justice Kyle Phelps BOP /52192-074. Justin is in prison...a MAX prison in Coleman Florida..... a harch situation to be in especially  sine he is INNOCENT....a Victim, if you will of my cruelty in going onto the internet and doing bad things to purposefully get him in trouble because he stole my girl away from behind my back.  I am ashamed of what I did to Justin and I am willing to make things right for Mr. Phelps.


You may remember Justin from your courtroom.  He is diinutive in physical size and looks feminine.  It is a crime  that the federal bOP put Justine in a max security prison in Florida that houses many cruel rapists abd other violent predators. There is one thing I need to tell you.--- I used his name and info to go online and put porno pics and other things on the internet without his permission..
Justine pled guilty to doing this because his CJA lawyer, Russell Greene of Knoxville was a sell-out attorney who never tried to help him at  all. Justine ¼confessed to the authorities after they mentally tortured him for long periods of times. No food...no water.... no bathroom..... no contact with his mom or sister or an attorney.  - Judge Reeves.... if the FBI is willing to torture (mentally) a man.... then a man might CONFESS to blowòng up the Brooklyn Bridge in NY.   Justine was scared so he CONFESSED.... just so the police officials would leave him alone.

2)

The FBI and other officials can sometimes be overzealous...in their attemps to see JUSTICE DONE. Such is the sorry case that befell Justin Phelps.

I have written to President Trump and explained to him about my bad health and asking the president to consider pardoning justice since I am coming forward and admitting to these crimes that I framed JUstice for.

Judge Reeves....if you send the U.S. Marshals to brigg me to Knoxvélle, I would be willing to meet with you if you ORDER a hearing to determine if a true MISJUSTICE has taken place.

I am determined to make up for what I did to Phelps before the Lord calls me home on judgement dag.

If you would call me.....the number here at Fishkill is 845-831-4800. I would certainly be willing to CONFESS UP to how I set Justine to get imprisoned all because I wanted my girl back...that Phelps stole from me. Jealousy is a ultra bad emotion and it led me to do a vicious to an innocent man. Justict Kyle Phelps.

The statute of limitations has not expired... yet... I would be willing to admit to my wrongdoing in the internet crimes I did in using Justin>s name and personal information..

As I mentioned.... I am elderly (73) and not in good heàlth. My days are soon coming to an end..... It is only right and just that I tell ~~you how~~ I set Phelps ~~for blame for things he did not due.~~ Guilty plea... or not.

Please excuse my terrible typing. I don>t havea correcting ribbon.

Hope to hear something from you soon. With one stroke of your legal pen you could ORDER that Justin be freed until a hearing into what I am telling you could be oonducted.

Feel free to turn a copy of this letter overt o the Knoxville federal and state authorities. It is PAST time for me to take the full blame for whatI did to Justine.....out of jealousy over a girl.

Thank you for reading this letter. Please use your LEGAL PEN and authority to set an innocent man free. I truly HATE Phelps for his stealing my girl away from me but I was WRONG for going online and setting Phelps up for a FALL he never saw coming.

Please order that your clerk forwrd a copy of this letter to Phelps down in Florida. His address is
     Justice K. Phelps    52192-074
     Coleman USP 2
     P.O. Box 1034
     Coleman, Florida 33521

The foregoing is true under penalty of perjury, so help me God.
Title 28 sections 1621 and 1746  -  Also - Title 18 section 1001

                                   *Robert Shapiro*   3/9/2020

FISHKILL CORRECTIONAL FACILITY
BOX 1245
BEACON, NEW YORK 12508

NAME: Robert L. Shapiro   DIN: 14A3523

**INSPECTED**

**Legal Mail**

Fishkill Correctional
03/09/2020
US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 12508
041L11251113

**RECEIVED MAR 13 2020**
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

To: Federal Judge PAmela L. Reeves
United States District Court - Eastern District of Tennessee
Knoxville Division
800 MArket Street
Knoxville, Tennessee   37902

**Legal Mail**



Printed on Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Robert L. Shapiro          DIN: 14A3523