*Thank you*

3/23/2.

Robert Shapiro 14A3523
Green Haven Correctional Facility
P.O. Box 4000
Stormville, N.Y. 12582-4000

FILED
MAR 26 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Clerk of the Court
United States District Court
800 Market Street - Suite 130
Knoxville, Tennessee 37902

(re: U.S. v. Phelps 3:17-CR-89 Reeves/Guyton)

Dear Clerk,

> As a paralegal, I do research into criminal + civil cases for many lawyers & their clients!

> I need whatever you can send me on the above captioned case.

> Mr. Justin Phelps has given me his power-of-attorney to look through his criminal case, and/or file a 28 USC 2244 motion for Habeas Corpus relief; inter alia!

Please send me what you can. Thank you.

Please copy this and send to: Mr. Justin Phelps 52192-074
Coleman, USP-2
P.O. Box 1034
Coleman, Florida 33521-1034

also, please send me the address of attorney Russell Greene in Knoxville

Aloha

Robert Shapiro 14A3523
3/23/20

(Paralegal-At-Law)

Robert Shapiro 14A3523

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Robert Shapiro   DIN: 14A3523

"E" Block - cell 105

GREEN HAVEN CORRECTIONAL FACILITY

Legal Mail 3/23/20

NEOPOST 03/23/2020 US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 12582
041L11259010

INSPECTED
Legal Mail 3/23/20

RECEIVED
MAR 26 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Clerk Of The Court
United States District Court - Eastern District of Tennessee
Knoxville Division
800 Market Street - Suite 130
Knoxville, Tennessee 37902

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Robert Shapiro         DIN: 19A3523

♻ Printed on Recycled Paper