From: Robert L. Shapiro 14A3523
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000

April 1st, 2020

To: Federal Judge Pamela Reeves
Eastern District Of Tennessee

Dear Judge Reeves,

I wrote to you several weeks ago to inquire into your oening the case against Justin Phelps 52192-074 - who is wrongfully imprisoned in Coleman USP-II in Central Florida.

In my letter to you I admitted that I had set Justin to take the blame for something I did....using the Internet....Not Justin. He was tricked into a guilty plea by his CJA attorney.... Russell Greene. His "confession" was also extorted by way of psychologial extortion. Not letting him have access to his family or to food of drink or any other amenities until he CONFESSED !!! I had asked you to consider my admission as a dying declaration since I have terminal colon cancer. I had also requested that you assign Justin an attorney to help him with a possible 2241 or 2244 Application for Habeas Corpus relief. I heard nothing from you..... so far.

Would you please ORDER that Justin Phelps (BOP # 52192-074) be released to the custody of his family until you can conduct a hearing into this NEWLY DISCOVERED EVIDENCE for Mr. Phelps.

Hope to hear something from you soon. I want to see an innocent man set free..... not illegally and wrongfully confied for a jealous fit over the attention of a young woman...the base of my crimes.

Please make a copy of this letter available to Justin Phelps #52192-074.

*Robert L. Shapiro* 4/1/2020
Shapiro
14A3523

Page # 2
Letter to CHIEF Federal Judge Pamela Reeves

re: USA v. Justin Phekps   3:17-CR-89  PR
    United States District Court
    Eastern District Of Tennessee
Knoxville Division


The foregoing is TRUE under penalty of perjury
28 USCA 1746
28 USCA 1621
18 USCA 1001

Dated:   4-1-2020         *Robert L. Shapiro 4/1/2020*
_____
                          Robert L. Shapiro  14A3523
                          Green HAven Correctional Facility
                          P.O. Box 4000
                          Stormville, New York   12582-4000