From: Robert L. Shapiro 14A3523
Paralegal-At-Law
Green HAven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000

April 10th, 2020

Honorable Chief Judge Pamela Reeves
United States District Court
Eastern District of Tennessee
Knoxville, Tennessee 37902

Dear Judge Reeves,

I have written to you several times to inform you that a mentally-disturbed young man is f alsely imprisoned for things he did not do. To date.... I have heard nothing from you. The man ???? Justin Phelps 52192-074

His case was 3:17-CR-00089 (PR) Your case:

I have notified the Knoxville FBI ofice and the Cheif Judge in the 6th Circuit in Cincinnati of my unconvincing pleas to you to allow his case to be reopened in view of NEWLY DISCOVERED EVIDENCE. Justin, has a loving family who support him in his time of trouble. You must have known the Phelps is Bi-Polar and a psychizofrenic personality.

In any event.... please consider this to by Justin Phelp's Pro Se motion to open his case and the guilty plea he felt forced to take. So that JUSTICE can be served in the highest regard for your tenure as Chief Federal Judge there in Knoxville.

Please consider releasing Mr. Phelps (52192-074) Until you have an opportunity to look more closely into the leagl deficienc es of his case.

Please provide a copy of this Motion Letter to Mr. Phelps at the following address:

Mr. Justin Phelps 52192-074
Coleman USP-2
P.O. Box 1034
Coleman, Florida 33521-1034

A millions ALOHA BLESSINGS to you for your kindness. ALOHA !!!!!

X _Robert Shapiro 4/10/20_
Robert L. Shapiro - PAralegal

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Robert Shapiro   DIN: 14A3523

Chief Federal Judge Pamela Reeves
United States District Court
Eastern District of Tennessee - Knoxville Division
800 Market Street
Knoxville, Tennessee 37902

RECEIVED
APR 17 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

NEOPOST
04/13/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 12582
041L11259010

GREEN HAVEN CORRECTIONAL FACILITY

Legal Mail 1567

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Robert L. Shapiro   DIN: 14A3523

Printed on Recycled Paper