

From: Robert L. Shapiro  14A3523
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York  12582-4000
June 2nd, 2020

Attorney General Letitia James
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

FILED JUN 15 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

B.O.P #52192-074

Re: JUSTIN KYLE PHELPS  An innocent man in a
Florida Federal Maximum Prison.

U.S. v. Phelps (Justin) 3:17-CR-89 (PLR)

Dear MS. James,

My name is Robert Shapiro, but many people call me "Aloha Bob". I lived in Honolulu, for a spall and picked up that moniker. My age is 74 and I am in declining health. My main medical problems are Diabetes, PArkinson's Disease, Colon and Prostate cancer. The doctors prognosis is not good. 18 months, rhey say....AT THE MOST !!!! I am ok with this. My grandma, wife and son are waiting for me "on the other side!!!! Bring it on, is my attitude. The constant pain from my prostate is unabating and is not being addressed. At thistime, the NYS authorities have me doing a very few months for a "parole violation". Should be released soon to Brooklyn, NY, my residence and job is still waiting for me. I serve as a PAralegal....mostly to attorneys, in Brooklyn.

My hope and wish is to see an INNOCENT MAN set free...before my time is up. His name is Justin Kyle Phelps. 29 years old. Federal prison 52192=074

Several years ago, Justin and I "competed" for a young lady who eventually chose Justin over me. He was in his 20s and I am much much older. Basically and old codger and a reprobate. In retaliation I set Justin to be a "patsy", as my revenge.... if you will. Went on-line and used Justin's info and pictures to lure young victims in what I knew would bring the FBI investigators A sex procurement scheme, if you will. This led Justin's long sentence. Justin is from Tennessee, and his "case" arose from Knoxville. Please understand that Phelps is a "mental case" who suffers from a plethora of various and sundry mental ailments. Bi-Polar, is only one ailment that plagues him. In deed, Justin Phelps has been in mental hospitals on several occasions. All of them found in the Psychiatric Mental Healh/Disease MAnual. His mental situation is well documented and is manifast. The fact that Justin "confessed", not with-standing. Justin would "confess" to murdering the Queen of England.... if it brought him ATTENTION !!!! - Justin Phelps is a whacko..... a fruit cake......as crzy as a LOONY TUNES character.. Justin is nuttier than a bag of peanuts. His situation....brought on by my jealousy is a S.A.D. situation..... For which Justin is wrongly imprisoned in a central Florida...MAximum security federal prison.

Would you please investigate this matter, out-lined above? It would be a fair thing to do. Please contact me at your convenience.. You could probably speak to me by calling (845) 221-2711, here at Green Haven.

The foregoing is true under penalty of perjury. (28 USC1746)

Robert Shapiro 6/2/20
Robert L. Shapiro          6-2-2020



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Robert Shapiro    DIN: 14A3523

To: Federal Judge Pamela L. Reeves
800 Market Street - Knoxville Division
Knoxville, Tennessee 37902