# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| IN RE: CASE REASSIGNMENTS | ) ) ) ) ) ) ) ) ) |

# ORDER

Pursuant to 28 U.S.C. § 137, the following actions are hereby **REASSIGNED** to the Honorable Leon Jordan, United States District Judge.

| Case No. | Case Name |
|---|---|
| 2:14-cr-107 | United States v. Richard Carmen Ware |
| 2:16-cr-96 | United States v. Chad Allen Dorton |
| 2:16-cr-105 | United States v. Joey Lee Shetley |
| 2:16-cr-105 | United States v. Michael Edward Dugger |
| 2:17-cr-17 | United States v. Cassandra Dorene Dapson |
| 2:17-cr-119 | United States v. Malcolm Sanchez Simmons |
| 2:18-cv-63 | Richard Carmen Ware v. United States |
| 3:07-cr-66 | United States v. Darryl Lamont Davis |
| 3:08-cr-118 | United States v. Michael Bethel |
| 3:14-cr-162 | United States v. Jody Love |
| 3:15-cr-85 | United States v. Walter John Meachum, III |
| 3:15-cr-85 | United States v. Hannah Michelle Blackwell |
| 3:16-cr-100 | United States v. Maximino Contreras |
| 3:17-cr-13 | United States v. Keith L Bird |
| 3:17-cr-41 | United States v. Robert L Rose |
| 3:17-cr-89 | United States v. Justin Kyle Phelps |
| 3:17-cr-68 | United States v. Anthony Graham |

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**